ABRAHAM BELL vs. THE OVERSEERS OF THE POOR OF THE TOWNSHIP OF BERGEN, in the county of Bergen.

A certiorari will be dismissed, if not prosecuted with due diligence.

This was a writ of certiorari, directed to the Court of General Quarter Sessions of the county of Bergen. The writ was returned to September term, 1832, and no reasons were filed till this term. A rule to shew cause was granted at the last term, why this writ should not be dismissed; and now at this term, *J. S. Green* moved to affirm the order and judgment of the Sessions, and cited *Coxe,* 228; or if the court will not affirm the

Van Riper *v.* Berdan.

order, then to dismiss the writ for want of due diligence in its prosecution.

*W. Pennington,* contra.

BY THE COURT. Let the writ be dismissed. The reasons for reversal, ought to have been filed under the rule of this court, within thirty days after the return of the writ. This is a case too, which ought to have been placed on the paper, and noticed for argument at the November term, 1832.

Writ dismissed.

CITED in *Dewitt* v. *Ackerman,* 2 *C. E. G.* 215.